%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | VIRGINIA |

Richmond Division

INDERJIT S. BRAR

**SUMMONS IN A CIVIL ACTION**

V.

EQUIFAX INFORMATION SERVICES, LLC,
ET AL.

CASE NUMBER: **3:08CV645**

TO: (Name and address of Defendant)

EQUIFAX INFORMATION SERVICES, LLC

SERVE: Corporation Service Company
11 South 12th Street
Richmond, Virginia 23218

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**

**OCT 0 6 2008**

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | VIRGINIA |
|---|---|---|

**Richmond Division**

INDERJIT S. BRAR

V.

EQUIFAX INFORMATION SERVICES, LLC,
ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **3:08CV645**

TO: (Name and address of Defendant)

EXPERIAN INFORMATION SOLUTIONS, INC.
SERVE: David N. Anthony
       Troutman Sanders, LP
       Troutman Sanders Building
       1001 Haxall Point
       Richmond, VA 23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**                    **OCT 0 6 2008**

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

Richmond Division

INDERJIT S. BRAR

V.

EQUIFAX INFORMATION SERVICES, LLC,
ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:08CV645

TO: (Name and address of Defendant)

TRANS UNION, LLC

SERVE: Corporation Service Company
11 South 12th Street
Richmond, Virginia 23218

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**　　　　　　　　　　OCT 0 6 2008

CLERK　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | VIRGINIA |
|---|---|---|

Richmond Division

INDERJIT S. BRAR

**SUMMONS IN A CIVIL ACTION**

V.

EQUIFAX INFORMATION SERVICES, LLC,
ET AL.

CASE NUMBER: 3:08CV645

TO: (Name and address of Defendant)

ASSET ACCEPTANCE, LLC

SERVE: CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**    **OCT 0 6 2008**

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | VIRGINIA |

Richmond Division

INDERJIT S. BRAR

**SUMMONS IN A CIVIL ACTION**

V.

EQUIFAX INFORMATION SERVICES, LLC,
ET AL.

CASE NUMBER: 3:08CV645

TO: (Name and address of Defendant)

CAPITAL MANAGEMENT SERVICES, LP
726 Exchange St., Suite 700
Buffalo, NY 14210

SERVE: Secretary of the Commonwealth
Richmond, VA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk        OCT 0 6 2008
CLERK                          DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | VIRGINIA |
|---|---|---|
| | Richmond Division | |

INDERJIT S. BRAR

**SUMMONS IN A CIVIL ACTION**

V.

EQUIFAX INFORMATION SERVICES, LLC,
ET AL.

CASE NUMBER:     3:08CV645

TO: (Name and address of Defendant)

FINANCIAL RECOVERY SERVICES, INC.
4640 W. 77th Street, Suite 300
Edina, MN 55435

SERVE: Secretary of the Commonwealth
       Richmond, VA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**                                    OCT 0 6 2008

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN      District of      VIRGINIA

Richmond Division

INDERJIT S. BRAR

**SUMMONS IN A CIVIL ACTION**

V.

EQUIFAX INFORMATION SERVICES, LLC,
ET AL.

CASE NUMBER:    3:08CV645

TO: (Name and address of Defendant)

PORTFOLIO RECOVERY ASSOCIATES, LLC

SERVE: Judith Scott
           120 Corporate Blvd.
           Norfolk, VA 23502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**            OCT 0 6 2008

CLERK            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

Richmond Division

INDERJIT S. BRAR

V.

EQUIFAX INFORMATION SERVICES, LLC, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:08CV645

TO: (Name and address of Defendant)

NORTHLAND GROUP, INC.
7831 Glenroy Road, Suite 110
Edina, MN 55439

SERVE: Secretary of the Commonwealth
Richmond, VA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk            OCT 0 6 2008

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA
Richmond Division

INDERJIT S. BRAR

**SUMMONS IN A CIVIL ACTION**

V.

EQUIFAX INFORMATION SERVICES, LLC,
ET AL.

CASE NUMBER: 3:08CV645

TO: (Name and address of Defendant)

RESURGENT CAPITAL SERVICES, LP

SERVE: CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060-6802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW J. ERAUSQUIN
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, Virginia 22030
(703) 273-7770
(888) 892-3512 facsimile
matt@clalegal.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

OCT 0 6 2008

CLERK                                    DATE

(By) DEPUTY CLERK